**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**MEHABEN J. PATEL, *et al.*,**

**Plaintiffs,**

**v.**

**JOSEPH B. EDLOW, *Director of U.S. Citizenship and Immigration Services*,**

**Defendant.**

**Civil Action 2:26-cv-732**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Chelsey M. Vascura**

# ORDER

This matter is before the Court on the parties' Joint Motion to Hold Case in Abeyance (ECF No. 7). For good cause shown, the Motion is **GRANTED**. This case is **STAYED** through **OCTOBER 13, 2026**. The parties are **ORDERED** to file a joint written **REPORT** detailing the status of this case **ON OR BEFORE OCTOBER 13, 2026**, unless they have filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A) in the interim.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE